DATE 4/26/12

BEFORE JUDGE Weinstein          AT 11 am
C/R Judi Johnson                 C/D

CIVIL CAUSE

ON TRIAL

Docket # CV10-2714
Title Joshua Marshall   vs Salvin Randall &
                           Michael Surbridge
Appearances: For Pltff. Gerald Cohen, Jen Neuvinsberg
             For Deft. Johanna Castro, Felicia Sweso
             Other                   Frances Sands

✓   Case called.
✓   All parties present.
✓   Trial resumed.
___ Trial continued to _____ at _____
✓   Trial ends.
✓   The jury finds in favor of the plaintiff and against deft. Randall in the amount of $95,000; and against deft. Surbridge in the amount of $95,000.00