```
UNITED STATES DISTRICT COURT                         FILED
EASTERN DISTRICT OF NEW YORK                    IN CLERK'S OFFICE
                                           U.S. DISTRICT COURT E.D.N.Y.
                                              ★ APR 26 2012 ★
----------------------------------X
JOSHUA MARSHALL                              BROOKLYN OFFICE

              -vs-                        Order of Sustenance, Lodging,
                                                & Transportation
SALIM RANDALL & MICHAEL BURBRIDGE              CV10-2714 (JBW)
----------------------------------X
```

IT IS ORDERED that the Marshal supply proper

( ) LODGING

(xxx) SUSTENANCE

( ) TRANSPORTATION

to the (12) jurors empaneled in the above entitled case, and to the ( ) Deputy Marshals in attendance thereon.

Dated: 4/24/12-DURATION OF TRIAL
       Brooklyn, New York

----

(XX) During trial

(XX) Deliberating

( ) Sequestered

( ) Breakfast

(XXX) Lunch

( ) Dinner

( ) Other

U. S. District Judge

