UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
SHARIF STINSON, MARIAM FARNUM, CHARLEAN FINLEY, RYBURN WALKES, JAMEL TOWE, CHRISTIAN DUDLEY, JOCELEY FERDINAND, GARY SHAW, MICHAEL BENNETT, CHANEL MEAUSA, DAVID THOMPSON, JULIUS DIXON, JOSEPH SARPONG, JEREMY THAMES, SEAN PETTIGREW, LEANDER GRIFFIN, BRIAN MORRIS, MICA ANCRUM, RICARDO JONES, VICTOR BRELAND, LINDSEY RIDDICK and MICHAEL RIDDICK, on Behalf of Themselves and Other Similarly Situated,

       Plaintiff,        **10 CV 4228 (RWS)**

 -against-

                 **DECLARATION OF**
                 **JOSHUA P. FITCH**

THE CITY OF NEW YORK, RAYMOND W. KELLY, Commissioner of the New York City Police Department, Individually and in his Official Capacity, and P.O.s "JOHN DOE" #1-50 (NYPD Supervisory, Training and Policy Personnel), Individually and in their Official Capacities, (the name John Doe being fictitious, as the true names are presently unknown),

       Defendants.
-----------------------------------------------------------------------------X

  **JOSHUA P. FITCH**, declares pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

  1.  I am a member of Cohen & Fitch LLP, one of the law firms of record for Plaintiffs herein. As such, I am familiar with the facts stated below, and I submit this Declaration to place on the record the relevant documents in support of Plaintiffs' motion for Class Certification pursuant to Rule 23 of the Federal Rules of Civil Procedure:

  2.  Attached as **Exhibit A** is a copy of the OCA Statistics for Summons Activity for the year of 2004.

3. Attached as **Exhibit B** is a copy of the OCA Statistics for Summons Activity for the year of 2005.

4. Attached as **Exhibit C** is a copy of the OCA Statistics for Summons Activity for the year of 2006.

5. Attached as **Exhibit D** is a copy of the OCA Statistics for Summons Activity for the year of 2007.

6. Attached as **Exhibit E** is a copy of the OCA Statistics for Summons Activity for the year of 2008.

7. Attached as **Exhibit F** is a copy of the OCA Statistics for Summons Activity for the year of 2009.

Dated:   New York, New York
         February 4, 2011

Respectfully submitted,

_____/S_____
JOSHUA P. FITCH (JF-2813)
COHEN & FITCH LLP
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, N.Y. 10007
(212) 374-9115