AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 6 2012 ★

BROOKLYN OFFICE

| | |
|---|---|
| JOSHUA MARSHALL<br>*Plaintiff*<br>v.<br>CITY OF NEW YORK et al<br>*Defendant* | )<br>)<br>) Civil Action No. CV10-2714 (JBW)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* JOSHUA MARSHALL _____ recover from the
defendant *(name)* SALIM RANDALL and MICHAEL BURBRIDGE _____ the amount of
NINETY FIVE THOUSAND DOLLARS FROM EACH DEFT. ~~dollars ($ XXXXXXX), which includes prejudgment~~
~~interest at the rate of XXXXXXX%, plus post judgment interest at the rate of XXXXXX%, per annum, along with costs.~~

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:


This action was *(check one)*:

☑ tried by a jury with Judge JACK B. WEINSTEIN _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____


Date: 6/6/12

CLERK OF COURT

*Signature of ~~Clerk or~~ Deputy Clerk*

